IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dickens, Michele N | Case Number: 04 B 45661 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 12/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 18, 2008
Confirmed: February 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,840.00 | |
| Secured: | | 500.00 |
| Unsecured: | | 3,571.88 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 358.12 |
| Other Funds: | | 0.00 |
| Totals: | 6,840.00 | 6,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 500.00 | 500.00 |
| 5. | Marshall Field & Company | Unsecured | 8.04 | 11.37 |
| 6. | Pier 1 Imports Inc | Unsecured | 186.12 | 263.15 |
| 7. | Nordstrom | Unsecured | 305.25 | 431.64 |
| 8. | Marshall Field & Company | Unsecured | 288.79 | 408.32 |
| 9. | RoundUp Funding LLC | Unsecured | 296.23 | 418.88 |
| 10. | ECast Settlement Corp | Unsecured | 764.25 | 1,080.53 |
| 11. | National Capital Management | Unsecured | 605.69 | 856.43 |
| 12. | ECast Settlement Corp | Unsecured | 71.84 | 101.56 |
| 13. | SBC | Unsecured | 46.01 | 0.00 |
| 14. | CitiMortgage Inc | Secured | | No Claim Filed |
| 15. | LaSalle Bank NA | Secured | | No Claim Filed |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Bankfirst | Unsecured | | No Claim Filed |
| 18. | Macy's | Unsecured | | No Claim Filed |
| 19. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 20. | Card Processing Center | Unsecured | | No Claim Filed |
| 21. | Card Member Services | Unsecured | | No Claim Filed |
| 22. | J Jill | Unsecured | | No Claim Filed |
| 23. | First USA | Unsecured | | No Claim Filed |
| 24. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 25. | Lane Bryant | Unsecured | | No Claim Filed |
| 26. | Armor Systems Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dickens, Michele N

Printed: 12/23/08

Case Number:  04 B 45661
Judge:  Hollis, Pamela S
Filed:  12/13/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Midlake Medical Corp | Unsecured | | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 29. | Revenue Management | Unsecured | | No Claim Filed |
| 30. | Northwest Financial | Unsecured | | No Claim Filed |
| 31. | Michael Reese Hospital And Medical Cntr | Unsecured | | No Claim Filed |
| 32. | Casey Travel | Unsecured | | No Claim Filed |
| 33. | Dr Neal Kramer | Unsecured | | No Claim Filed |
| | | | $ 5,482.22 | $ 6,481.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 24.70 |
| 4% | 15.20 |
| 3% | 16.70 |
| 5.5% | 49.76 |
| 5% | 44.33 |
| 4.8% | 44.13 |
| 5.4% | 146.15 |
| 6.6% | 17.15 |
| | $ 358.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

